**UNITED STATES of America**

v.

**Michael BULSEK, William Malunney and Martin F. Toner, Michael Bulsek and Martin F. Toner, Appellants.**

**No. 12310.**

United States Court of Appeals
Third Circuit.

Argued Oct. 11, 1957.

Decided Oct. 29, 1957.

Michael Bulsek and Martin Toner, pro se.

D. Malcolm Anderson, U. S. Atty., John R. Gavin, Asst. U. S. Atty., Pittsburgh, Pa., for appellee.

Before BIGGS, Chief Judge, and MARIS and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The appellants were convicted and sentenced for the armed robbery of a messenger of the Washington Trust Company, a member of the Federal Deposit Insurance Corporation, in violation of Sections 2113(a) and 2113(d), Title 18 U.S.C. Appeals were filed by both appellants and the judgments were affirmed per curiam, 3 Cir., 1955, 226 F.2d 583. Thereafter several petitions were filed by the appellants for relief under Section 2255, Title 28 U.S.C., which were denied by the court below. Leave to appeal *in forma pauperis* from these denials was refused but a later application for relief under Section 2255 was also denied and leave to appeal *in forma pauperis* was granted. These are the appeals presently before us.

The court below in an exhaustive and careful opinion considered and passed on every issue raised by the appellants and demonstrated that they were without substance. We agree with what the court below stated. Its reasoning and conclusions are unassailable. We are of the opinion that the questions raised by the appellants may fairly be described as frivolous and captious. Typical of these reasons is the assertion that they were convicted on the testimony of an insane person because a witness, Jonis, committed suicide, some time after the trial. The record fails to support this contention.

The judgment will be affirmed.

■

**Sigmund POLLACK, Appellant,**

v.

**CITY OF NEWARK, N. J., Frederick R. Lacey, John Owens, and others unknown to plaintiff at this time.**

**No. 12207.**

United States Court of Appeals
Third Circuit.

Argued Nov. 4, 1957.

Decided Nov. 8, 1957.

As Amended Nov. 22, 1957.

Sigmund Pollack, pro se.

Thomas M. Kane, Newark, N. J. (Vincent P. Torppey, Corporation Counsel, City of Newark, Newark, N. J., on the brief), for appellees.

Before MARIS, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

The plaintiff has appealed from orders of the District Court for the District of New Jersey granting summary judgment for the defendants in the plaintiff's suit against them for alleged deprivation of his civil rights. The plaintiff's contentions were fully discussed and correctly disposed of in an able opinion filed in the district court by Judge Modarelli to which we need add nothing.

The orders of the district court will be affirmed. 147 F.Supp. 35.